United States Court of Appeals
Fifth Circuit

**F I L E D**

June 23, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-51263
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JERRY LEWIS DEDRICK,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. MO-02-CR-113-2
---------------------

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Jerry Lewis Dedrick, federal prisoner number 27140-180, appeals the district court's denials of his pleadings, which were styled as an "application for writ of habeas corpus seeking relief for failure to honor a plea agreement" and an "application for writ of habeas corpus seeking reconsideration for defendant's motion to reduce sentence," and filed following his guilty plea conviction of aiding and abetting possession with intent to distribute 50 grams or more of cocaine base. The district court

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

may modify the imposed term of imprisonment under limited circumstances.  18 U.S.C. § 3582(c).  Because Dedrick's pleadings did not fall under any of the provisions of 18 U.S.C. § 3582(c), they were unauthorized and without a jurisdictional basis.  See United States v. Early, 27 F.3d 140, 141-42 (5th Cir. 1994).  Accordingly, on that alternative basis, the district court's order is AFFIRMED.

Dedrick's motion to supplement his brief is DENIED.